

**T**HE **C**ITY OF **N**EW **Y**ORK
## LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NEW YORK 10007

**ZACHARY W. CARTER**
*Corporation Counsel*

DANIELLE M. DRASSER
*Assistant Corporation Counsel*
Phone: (212) 356-2469
Fax: (212) 356-3558
Email: ddrasser@law.nyc.gov

April 12, 2019

**BY ECF**
Honorable Paul A. Crotty
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:  Timothy Hampton v. City of New York, et al.
            18 Civ. 7755 (PAC)

Your Honor:

    I am an Assistant Corporation Counsel in the Office of Zachary W. Carter, Corporation Counsel of the City of New York, who represents defendants City of New York and Sergeant Peter Congalosi in the above-referenced matter. The parties jointly write to inform the Court that the parties have reached a settlement agreement in this matter. The Stipulation of Settlement and Order of Dismissal will be forwarded to the Court as soon as this office receives it fully executed from plaintiff's counsel.

    Thank you for your attention in this matter.

                                  Respectfully submitted,

                                  /s/
                              Danielle M. Drasser
                              *Assistant Corporation Counsel*

cc:    **BY ECF**
       Ugo Uzoh, Esq.
       *Attorney for Plaintiff*